# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Danielle S. Lee</u>                                     Docket No.  <u>1:13-MJ-461</u>

### Petition on Probation

COMES NOW <u>Sheryle Gant</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Danielle S. Lee</u>, who was placed on supervision by the Honorable John F. Anderson, United States Magistrate Judge sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>28th</u> day of <u>January</u>, <u>2014</u>, who fixed the period of supervision at <u>1 year</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall undergo drug and alcohol testing and treatment at the direction of the probation officer.
2. The defendant shall serve 3 days in the Bureau of Prisons at the direction of the probation officer. Time may be served on the weekend.
3. The defendant shall pay a $500 fine and a $25 processing fee; to be paid in full by July 28, 2014.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
### See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** _April 22, 2014   10:00AM_

### ORDER OF COURT

Considered and ordered this ___28th___ day
of __MARCH__ , __2014__ and ordered filed and
made a part of the records in the above case.

_/s/ JFA_

John F. Anderson
John F. Anderson United States Magistrate Judge
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 26, 2014_

_Sherylle Gant_

Sherylle Gant
U.S. Probation Officer
(703) 366-2131

Place: <u>Manassas, Virginia</u>

**TO CLERK'S OFFICE**                                                                 Prob 12 (10/09)

Petition on Probation
Page 2
RE: Lee, Danielle S.

OFFENSE: Possession of Marijuana, pursuant to Title 21, U.S.C., Section 844.

SENTENCE: 1 year supervised probation.

ADJUSTMENT TO SUPERVISION: Ms. Lee initially appeared before Your Honor on August 6, 2013, for sentencing pursuant to the charge of Possession of Marijuana. On that date she was placed on 1 year supervised probation pursuant to Title 18, U.S.C., Section 3607 with the following special conditions: 1) the defendant shall participate in a drug education and/or treatment program if ordered to do so by the supervising probation officer; 2) the defendant shall undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer; and 3) the defendant shall appear on August 5, 2014.

On January 28, 2014, Your Honor revoked the above-listed term of supervised probation before judgment due to use of marijuana and cocaine.

Ms. Lee has reported as directed to the probation office. Her monthly supervision reports are current, and she recently obtained employment. She has submitted 11 random urinalysis tests. On February 10, 2014, she submitted a diluted urine specimen. This officer was unaware of the diluted specimen until the test result was received on a later date. On February 19, 2014, she submitted a urine specimen that appeared, and was later determined to be, diluted. Ms. Lee was required to remain at the probation office until she could produce a valid urine specimen. She complied with the directive, and all other urine specimens have screened negative for the presence of illegal substances. Ms. Lee completed outpatient substance abuse treatment with Alcohol and Drug Services (ADS) on March 13, 2014. She completed 3 days of imprisonment in the Bureau of Prisons on March 16, 2014. To date, Ms. Lee has paid $100 toward her Court-ordered monetary obligation.

On March 25, 2014, this officer was contacted by law enforcement authorities in Howard County, Maryland, and advised that Ms. Lee had been arrested in their jurisdiction.

VIOLATIONS: The following violations are submitted for the Court's consideration.

| MANDATORY CONDITION: | COMMISSION OF A CRIME – CDS: POSSESSION OF MARIJUANA; CDS: POSSESSION OF PARAPHERNALIA; DRIVE/ATTEMPT TO DRIVE VEHICLE WHILE UNDER THE INFLUENCE OF ALCOHOL; DRIVE/ATTEMPT TO DRIVE VEHICLE WHILE IMPAIRED BY ALCOHOL; DRIVE ATTEMPT TO DRIVE VEHICLE WHILE SO FAR IMPAIRED BY DRUGS OR DRUGS & ALCOHOL CANNOT DRIVE SAFELY; DRIVER FAIL TO STOP AT FLASHING RED TRAFFIC SIGNAL STOP LINE; 3 COUNTS OF DRIVER FAILING TO GIVE TURN SIGNAL CONTINUOUSLY DURING LAST 100 FEET OF TRAVEL BEFORE TURNING; AND DRIVER FAILURE TO OBEY PROPERLY PLACED TRAFFIC CONTROL DEVICE INSTRUCTIONS. |
| --- | --- |

On March 25, 2014, Danielle Lee was arrested and charged with the above listed offenses in Maryland. She was released on a $5000 surety bond later that day and is scheduled to appear in the Howard County District Court for trial on June 10, 2014.

**Petition on Probation**
**Page 3**
**RE: Lee, Danielle S.**

**CONDITION 1:**                    **LEAVING THE JUDICIAL DISTRICT WITHOUT PERMISSION.**

On March 25, 2014, Danielle Lee left the Eastern District of Virginia without the permission of the Probation Officer and was arrested in Howard County, Maryland.

SCG/iyh

Prob 12 (10/09)